# In the United States Court of Federal Claims
## Bid Protest

FILED
MAR 3 0 2007
U.S. COURT OF FEDERAL CLAIMS

SOUTHERN FOODS, INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-210 C
Judge

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff, Southern Foods, Incorporated, hereby discloses that it is a closely-held Kentucky corporation whose stock is not publicly traded, that it has no parent corporation, and that there is no publicly-held corporation that owns ten percent or more of Plaintiff's stock.

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

March 30th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Southern Foods, Incorporated.