IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**(Bid Protest)**

SOUTHERN FOODS, INCORPORATED, )
)
Plaintiff, )
)
v. ) No. 07-210 C
)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joan M. Stentiford, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624
E-mail: Joan.Stentiford-Ulmer@USDOJ.GOV

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: March 30, 2007

/s

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 30th day of March, 2007, the foregoing "NOTICE OF APPEARANCE", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joan M. Stentiford
JOAN M. STENTIFORD