# In the United States Court of Federal Claims

No. 07-210C
(Filed: April 2, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
SOUTHERN FOODS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on March 30, 2007. As indicated during the conference, the court hereby orders the following briefing schedule:

1. Defendant shall file a Motion to Dismiss for Lack of Jurisdiction on or before April 6, 2007.

2. Plaintiff shall file a Response to defendant's Motion to Dismiss on or before April 11, 2007.

3. Defendant's Reply Brief to the Motion to Dismiss shall be filed on or before April 13, 2007.

4. Defendant shall file the Administrative Record in a CD format on or before April 6, 2007. Defendant shall also deliver to the chambers one paper copy of the Administrative Record.

5. The parties shall file Cross-Motions for Judgment on the Administrative Record pursuant to Rule 52.1 of the Rules of the Court of Federal Claims on or before April 20, 2007.

6. The parties' Response Briefs to Rule 52.1 Cross-Motions shall be filed on or before April 27, 2007.

7. The parties shall file their Reply Briefs to Rule 52.1 Cross-Motions on or before May 3, 2007.

Oral argument shall be heard on May 10, 2007 at 10:00 a.m. in the National Courts Building.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge