IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN FOODS, INCORPORATED .<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-210C<br>(Judge Bruggink) |

**U.S. FOODSERVICE, INC.'S MOTIONS TO INTERVENE AND FOR A WAIVER OF THE RULE 24(c) REQUIREMENT TO FILE AN ACCOMPANYING PLEADING**

Pursuant to Rule 24(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), U.S. Foodservice, Inc. ("USF"), by its undersigned counsel, respectfully moves to intervene as a matter of right in the above-captioned matter. USF further moves for a waiver of the Rule 24(c) requirement that this motion be accompanied by a pleading.

Intervention is proper in accordance with Rule 24(a)(2) of RCFC because USF has timely applied for intervention, USF is the contract awardee for Solicitation No. NAFBA1-06-R-0016 and therefore has an interest relating to the transaction that is the subject of this action, USF's protection of its interest will be impaired or impeded without its participation, and USF's interest will not be adequately represented by the existing parties. USF will comply with the schedule by the Court set on Friday, March 30, 2007 in a scheduling conference with counsel for Plaintiff and Defendant. The undersigned counsel has contacted both counsel for Plaintiff and counsel for Defendant regarding USF's intention to intervene.

USF further moves for a waiver of the RCFC 24(c) requirement setting forth that motions to intervene be accompanied by a pleading setting forth the claim or defense for which intervention is sought. USF moves for a waiver because USF will file substantive pleadings in accordance with the schedule set on March 30, 2007 and because counsel for USF seeks to avoid the cost of preparing such pleading for its client should the case be dismissed in its entirety.

For the aforementioned reasons, USF requests that the Court grant its motion to intervene in the above-captioned matter. USF further requests that the Court grant its motion for a waiver of the RCFC 24(c) requirement that USF file an accompanying pleading.

Respectfully submitted,

Dated: April 4, 2007

/s/ John J. Pavlick, Jr.

John J. Pavlick, Jr.
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4894
Facsimile: (202) 344-8300

Of Counsel:

Rebecca E. Pearson
Sharon A. Jenks
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SOUTHERN FOODS, INCORPORATED .<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-210C<br>(Judge Bruggink) |

**ORDER**

HAVING READ AND CONSIDERED the Motions to Intervene and for a Waiver of the Rule 24(c) Requirement to File an Accompanying Pleading filed by U.S. Foodservice, Inc. ("USF"), the Court has determined that USF's motions should be, and hereby are, GRANTED.

SO ORDERED.

______________________________
Senior Judge Eric G. Bruggink

April ____, 2007