# In the United States Court of Federal Claims

No. 07-210C
(Filed: April 6, 2006)

* * * * * * * * * * * * * * * * * * * * * *
SOUTHERN FOODS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

U.S. FOODSERVICE, INC.,

*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is U.S. Foodservice, Inc.'s motion to intervene pursuant to the Rules of the United States Court of Federal Claims ("RCFC") 24(a)(2) and to waive the RCFC 24(c) requirement to accompany the motion to intervene with a pleading, filed on April 4, 2007. Neither plaintiff nor the government opposes this motion. For good cause shown, the motion is granted.

Accordingly, it is ORDERED that U.S. Foodservice, Inc. is an intervenor in this proceeding. The requirements of RCFC 24(c) are waived. Intervenor may file a Cross-Motion for Judgment on the Administrative Record pursuant to RCFC 52.1 on or before April 20, 2007. Intervenor may file a Response Brief to plaintiff's RCFC 52.1 Cross-Motion on or before April 27, 2007, and a Reply Brief on or before May 3, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge