**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| SOUTHERN FOODS INCORPORATED, Plaintiff, | ) | |
| v. | ) | No. 07-210C (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER AND AUTHORIZATION TO FILE SEALED DOCUMENTS ELECTRONICALLY**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests that this Court enter the accompanying proposed protective order prohibiting the disclosure of confidential sources selection matters, sensitive plans or specifications, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. The proposed protective order is the same as the sample found as Form 8 of the Rules of the United States Court of Federal Claims. Plaintiff's counsel has represented that plaintiff, Southern Foods, Incorporated, consents to this motion.

This case involves competitive procurement matters and includes proprietary and confidential pricing information, source selection information, and other sensitive procurement information. Thus, because defendant's administrative record contains protected materials necessary to safeguard the competitive process, we request that all filings that disclose protected materials be under seal in this case. We also respectfully request that, for the convenience of the Court and the parties, the Court authorize the parties to file sealed filings electronically on Court's ECF System, pursuant to General Order No. 42A, paragraph 7.

For the foregoing reasons, defendant respectfully requests that this Court issue the attached proposed protective order and authorize the parties to file sealed filings electronically on the Court's ECF system.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

PATRICIA M. McCARTHY
Assistant Director

/s
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0341
Fax: (202) 514-8624
Attorneys for Respondent

April 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2007, a copy of the foregoing "**Defendant's Unopposed Motion For A Protective Order and Authorization To File Sealed Documents Electronically"** with accompanying protective order, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s
Joan M. Stentiford