# In the United States Court of Federal Claims

No. 07-210C
(Filed: April 20, 2007)

* * * * * * * * * * * * * * * * * * * * * *
SOUTHERN FOODS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

U.S. FOODSERVICE, INC.,

*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's motion to disclose particular information filed on April 17, 2007. Pursuant to a telephonic status conference held on April 20, 2007, plaintiff's counsel indicated a willingness to withdraw the motion. Accordingly, the motion is denied as moot.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge