# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SOUTHERN FOODS INCORPORATED,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **BID PROTEST** |
| **THE UNITED STATES,** | ) | **No. 07-210C** |
| **Defendant,** | ) | **Judge Eric G. Bruggink** |
| **and** | ) | |
| **U.S. FOODSERVICE, INCORPORATED,** | ) | |
| **Intervenor.** | ) | |

**PLAINTIFF'S CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to RCFC 52.1(b), Plaintiff, Southern Foods, Incorporated (Southern Foods), herewith Cross-Moves for Judgment on the Administrative Record. Together with this Cross-Motion for Judgment on the Administrative Record, Southern Foods is filing the Statement of Facts required by RCFC 52.1(b) and a Brief in Sup-

port of Plaintiff's Cross-Motion for Judgment on the Administrative Record, this as allowed by RCFC 7(b)(1).

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,
Virginia State Bar Number 03135
April 20th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Southern Foods, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Friday, April 20th, 2007 a true and complete copy of this Plaintiff's Cross-Motion for Judgment on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Joan Margaret Stentiford-Ulmer, Esq.

Electronic Mail: Joan.Stentiford-Ulmer@usdoj.gov

Attorney of record for Defendant,
U.S. Army Community and Family Support Center.

I also certify, under penalty of perjury, that on Friday, April 20th, 2007 a true and complete copy of this Plaintiff's Cross-Motion for Judgment on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

John J. Pavlick, Jr., Esq.

Electronic Mail: jpavlick@venable.com

Attorney of record for Intervenor,
U.S. Foodservice, Incorporated.

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV