# In the United States Court of Federal Claims

No. 07-210C
(Filed: May 2, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
SOUTHERN FOODS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

U.S. FOODSERVICE, INC.,

*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

It has come to the court's attention that a page between page 120 and 121 of tab D, Volume 1 of the Administrative Record is inadvertently missing. The missing page would be the first page of Section M of the Solicitation. Defendant is directed to file the relevant page by leave of the court.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge