# In the United States Court of Federal Claims

No. 07-210C
(Filed: May 10, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
SOUTHERN FOODS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

U.S. FOODSERVICE, INC.,

*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

For the reasons stated by the court during oral argument on May 10, 2007, the court remands the case to the United States Army Community and Family Service Center ("USACFSC") for a re-determination. The re-determination shall be conducted by a new contracting officer who has not seen materials which U.S. Foodservice, Inc. submitted after the due date for final proposal revisions, November 20, 2006. The contracting officer shall not be permitted access to those materials when drafting a new determination and findings. We decline to grant any other declaratory or injunctive relief in the interim.

The contracting officer may rely on the evaluation reports previously prepared by the technical evaluation team. If the contracting officer re-rates the proposals, a rationale for doing so shall be provided. Defendant shall file the new determination and findings as a supplement to the administrative record on or before May 24, 2007.

The USACFSC may contact Sysco Corp., one of the three offerors that submitted a bid for United States Service Area 10, and ask if it wishes to withdraw its prior-submitted revised proposals from consideration during this re-evaluation. The court shall retain jurisdiction.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge