# In the United States Court of Federal Claims

No. 07-210C
(Filed: May 25, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
SOUTHERN FOODS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant,*

and

U.S. FOODSERVICE, INC.,

*Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has received the government's supplemental administrative record, filed on May 24, 2007, including the new contracting officer's re-determination and findings, as directed by the court's order dated May 10, 2007. The parties may file supplemental briefs to their Rule 52.1 cross-motions for judgment on the administrative record, limited to ten (10) pages of text, on or before noon, May 31, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge