# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SOUTHERN FOODS, INCORPORATED,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **BID PROTEST** |
| | ) | **No. 07-210C** |
| **THE UNITED STATES,** | ) | **Judge Bruggink** |
| **Defendant,** | ) | |
| **and** | ) | |
| **U.S. FOODSERVICE, INCORPORATED,** | ) | |
| **Intervenor.** | ) | |

**PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND MEMORANDUM IN SUPPORT OF THE MOTION TO SUPPLEMENT**

Pursuant to RCFC 7(b)(1) Plaintiff Southern Foods, Incorporated (Southern Foods) herewith Moves to Supplement the Administrative Record.

Southern Foods asks that the Administrative Record be supplemented with the "Competitive Pricing Guide" attached to this Motion.

This Competitive Pricing Guide is a comparison of the pricing under Southern Foods predecessor Contract for United States Service Area 10 with the pricing of three Orders placed by Fort Campbell under U.S. Foodservice's successor Contract for United States Service Area 10. This Competitive Pricing Guide uses Southern Foods prices in effect through March 31st, 2007. In fact, the prices proposed by Southern Foods for the successor Contract, the successor Contract now awarded to U.S. Foodservice, are approximately one percent lower.

What this Competitive Pricing Guide shows is that Southern Foods' pricing, as compared U.S. Foodservice's pricing, is in fact lower for two of the three Orders placed by Fort Campbell under U.S. Foodservice's successor Contract for United States Service Area 10. Nowhere is there the difference in the pricing between Southern Foods and U.S. Foodservice that is predicted by the Market Basket used for price evaluation purposes. Administrative Record, at 1910 through 1911.

How can this be?

The answer, quite simply, is that the Contract proposed by Solicitation Number NAFBA1-06-R-0016 requires that the Contractor provide each ordering activity (here, Fort Campbell and Fort Knox) a price book or individual price sheets which "must be a true reflection of the items normally or regularly ordered by the activity." Administrative Record, at 50. This price book has, and these price sheets have, no relation to the Market Basket used for price evaluation purposes. Yet it is from this price book and these price sheets that ordering activities place Orders.

It now turns out that the successor Contracting Officer's re-determination is a trade-off between Southern Foods' "impressive" (her words) technical and management proposal and her *perception* (under the Market Basket price analysis) that U.S. Foodservice is offering better prices. Administrative Record, at 1912. The problem is that her perception does not match reality, reality which is demonstrated by the Competitive Pricing Guide. And without consideration of the Competitive Pricing Guide, this Administrative Record is impermissibly skewed by perception, not reality.

There are only a few, limited instances in which an Administrative Record may be supplemented prior to ruling on the merits. These follow:

> (1) when agency action is not adequately explained in the record before the court; (2) when the agency failed to consider factors which are relevant to its final decision; (3) when an agency considered evidence which it failed to include in the record; (4) when a case is so complex that a court needs more evidence to enable it to understand the issues clearly; (5) in cases where evidence arising after the agency action shows whether the decision was correct or not; (6) in cases where agencies are sued for failure to take action . . . and (8) in cases where relief is at issue, especially at the preliminary injunction stage.

*Cubic Applications, Inc. v. United States*, 37 Fed. Cl. 339, 342 (1997) *quoting Esch v. Yuetter*, 876 F.2d 976, 991 (D.C. Cir. 1989).

*Esch* recognizes that supplementation of an existing Administrative Record is often appropriate where the issue is whether all relevant factors were considered, whether there was "at least an effort to get both sides of the story," whether a party got its "procedural just due." *Esch*, 876 F.2d at 993.

A trade-off made only on a Market Basket price analysis which has no relation to the price book/price sheets actually used for Contract performance is a trade-off made on an impermissibly skewed Administrative Record:

> The agency may not skew the record in its favor by excluding pertinent but unfavorable information. *Envtl. Def. Fund v. Blum, 458 F. Supp. 650, 661 (D.D.C. 1978)*. Nor may the agency exclude information on the grounds that it did not "rely" on the excluded information in its final deci-

> sion. *Ad Hoc Metals Coalition v. Whitman, 227 F. Supp. 2d 134, 139 (D.D.C. 2002)*; *Amfac Resorts, 143 F. Supp. 2d at 12. . . .*

*The Fund for Animals v. Williams*, 391 F. Supp. 2d 191, 199 (D.D.C. 2005), *citing Environmental Defense Fund v. Blum*, 458 F. Supp. 650, 661 (D.D.C. 1978).

Who can say that consideration of the lack of any relation between the price book/price sheets used for Contract performance and the Market Basket price analysis was not "an important aspect of the problem"? *Motor Vehicle Manufacturers Asso. of the United States, Inc. v. State Farm Mutual Automobile Insurance Co.*, 436 U.S. 29, 43 (1983).

This Administrative Record should now be supplemented in order to ensure proper Administrative Procedure Act, 5 U.S.C. § 706(2)(A), review. *Ad Hoc Metals Coalition v. Whitman*, 227 F. Supp. 2d. 134, 138-39 (D.D.C. 2002) (extra-record materials which reflected adverse information, were directly related to the issue decided, and were known to the Agency are properly admitted for Administrative Procedure Act judicial review, 5 U.S.C. §§ 702, 706(2)(A)); *Public Citizen v. Heckler*, 653 F. Supp. 1229, 1237 (D. D.C. 1986) (documents known to the Agency at the time of the decisionmaking, documents directly related to the decision made,

and documents adverse to the Agency's position properly admitted for judicial review).

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135
May 31st, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Southern Foods, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Thursday, May 31st, 2007 a true and complete copy of this Plaintiff's Motion to Supplement the Administrative Record and Memorandum in Support was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Joan Margaret Stentiford-Ulmer, Esq.

Electronic Mail: Joan.Stentiford-Ulmer@usdoj.gov

Attorney of record for Defendant,
U.S. Army Family and Morale, Welfare,
and Recreation Command.

I also certify, under penalty of perjury, that on Thursday, May 31st, 2007 a true and complete copy of this Plaintiff's Motion to Supplement the Administrative Record and Memorandum in Support was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

John J. Pavlick, Jr., Esq.

Electronic Mail: jpavlick@venable.com

Attorney of record for Intervenor,
U.S. Foodservice, Incorporated.

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV

# ATTACHMENT

# COMPETITIVE PRICING GUIDE

**Southern Foods Inc.**
117 Mitch McConnell Way
Bowling Green, KY 42101
270-843-1121 www.southernfoodsinc.com

Southern Foods Nugget

| | | | | | Southern Foods Inc. | | | | USFI Order # 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item # | Pack | Size | Brand | Description | Qty | E | Price | Total | Qty | Price | Total | Savings |
| 1231300 | 4 | 2.5 LB | TAMPA BAY | SHRIMP, POPS BREADED 60-80CT | 4 | N | $ 26.98 | $ 107.92 | 4 | $ 27.66 | $ 110.64 | $ 2.72 |
| 1637000 | 6 | 4 LB | LAMB WESTO | FRENCH FRY, OVEN QUIK CANOLA 23L | 3 | N | $ 19.90 | $ 59.70 | 3 | $ 17.53 | $ 52.59 | $ -7.11 |
| 1723400 | 96 | 3" | NUGGET | CORN, ON COB 3" FANCY FRZ | 3 | N | $ 16.20 | $ 48.60 | 3 | $ 17.13 | $ 51.39 | $ 2.79 |
| 1739900 | 1 | 20 LB | NUGGET | VEGETABLE BLEND, ITALIAN FRZ | 1 | N | $ 19.42 | $ 19.42 | 1 | $ 18.64 | $ 18.64 | $ -.78 |
| 2011350 | 96 | 4 OZ | ARDMORE | JUICE, APPLE INDV CUP FRZ 41381 | 2 | N | $ 11.22 | $ 22.44 | 2 | $ 11.36 | $ 22.72 | $ .28 |
| 2141400 | 72 | 2.3 OZ | LENDERS | BAGEL, CINNAMON RAISIN SLD 2.30 OZ | 1 | N | $ 15.12 | $ 15.12 | 1 | $ 14.43 | $ 14.43 | $ -.69 |
| 2162500 | 40 | 4 OZ | ROTANELLI | PASTA SHEETS, LASAGNA PRECOOKED | 1 | N | $ 14.59 | $ 14.59 | 1 | $ 16.04 | $ 16.04 | $ 1.45 |
| 2168000 | 144 | 1 OZ | CHEF AMERI | WAFFLE STIX, BELGIAN BULK 200/210 | 1 | N | $ 19.93 | $ 19.93 | 1 | $ 19.06 | $ 19.06 | $ -.87 |
| 3172500 | 4 | 5 LB | PRAIRIE FA | COTTAGE CHEESE, SMALL CURD REG | 2 | Y | $ 7.53 | $ 15.06 | 2 | $ 6.21 | $ 12.42 | $ -2.64 |
| 3178600 | 50 | HF | SOUTHERN B | MILK, 1% CHOCOLATE 03105 | 10 | N | $ 8.15 | $ 81.50 | 10 | $ 8.15 | $ 81.50 | |
| 3178700 | 50 | HF | SOUTHERN B | MILK, 1% REDUCED FAT 00490 | 8 | N | $ 8.00 | $ 64.00 | 8 | $ 8.15 | $ 65.20 | $ 1.20 |
| 3178800 | 50 | HF | SOUTHERN B | MILK, 1% STRAWBERRY 3308 *S/O | 4 | N | $ 8.15 | $ 32.60 | 4 | $ 8.15 | $ 32.60 | |
| 3231200 | 1 | 5 LB | FLORIDA | CUCUMBERS, FRESH | 1 | N | $ 5.72 | $ 5.72 | 1 | $ 7.28 | $ 7.28 | $ 1.56 |
| 3614600 | 6 | #10 | NUGGET RED | BEANS, MIXED/SHORT CUT GREEN | 1 | N | $ 15.48 | $ 15.48 | 1 | $ 14.63 | $ 14.63 | $ -.85 |
| 4731700 | 5 | 16 OZ | LAY'S | CHIPS, TORTILLA TOSTITOS BULK PAK | 4 | N | $ 5.96 | $ 23.84 | 4 | $ 5.54 | $ 22.16 | $ -1.68 |
| 4733700 | 104 | 1 OZ | LAY'S | CHIPS, LAY'S REGULAR VEND PAK 11045 | 3 | N | $ 22.55 | $ 67.65 | 3 | $ 21.25 | $ 63.75 | $ -3.90 |
| 4827000 | 300 | 2CT PK | KEEBLER | CRACKERS, CLUB 01032 | 1 | N | $ 8.06 | $ 8.06 | 1 | $ 12.98 | $ 12.98 | $ 4.92 |
| 4892300 | 80 | 1.3 OZ | KELLOGG'S | SNACK BAR, RICE KRISPIE TREATS | 1 | N | $ 28.94 | $ 28.94 | 1 | $ 30.61 | $ 30.61 | $ 1.67 |
| 4920700 | 500 | 12 | UNIPRO | MAYONNAISE, POUCH 4410560516 | 1 | N | $ 16.94 | $ 16.94 | 1 | $ 18.91 | $ 18.91 | $ 1.97 |

| | | | | | Southern Foods Inc. | | | | USFI Order # 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item # | Pack | Size | Brand | Description | Qty | E | Price | Total | Qty | Price | Total | Savings |
| 4927900 | 500 | 4.5GR | UNIPRO | MUSTARD, YELLOW POUCH 4410560510 | 1 | N | $ 5.28 | $ 5.28 | 1 | $ 2.98 | $ 2.98 | $ -2.30 |
| 4952000 | 100 | 1.5 OZ | PORTION PA | SYRUP, PANCAKE POUCH 00-13-970 | 1 | N | $ 6.25 | $ 6.25 | 1 | $ 4.44 | $ 4.44 | $ -1.81 |
| 5096000 | 6 | 9 OZ | LAWRY'S | SEASONING, TACO 80110 | 1 | N | $ 17.55 | $ 17.55 | 1 | $ 9.63 | $ 9.63 | $ -7.92 |
| | | | | | | | | $696.59 | | | $684.60 | ($11.99) |

**Your Total Savings ($11.99)**

ORDER SUMMARY

| | Ordered | Reserved | | |
|---|---|---|---|---|
| Total Cases: | 53 | 53 | Estimated Price: | $684.60 |
| Total Eaches | 2 | 2 | Total Line Items: | 22 |

ORDER DETAILS

| SC | LINE | DESCRIPTION | BRAND | PACK SIZE | PRICE | ORDERED FULL/PART | RESERVED FULL/PART |
|---|---|---|---|---|---|---|---|
| | 104 | CHEESE, COTT SM CURD 4% BTRFT(5340864) | GLNVW FRMS | 4/5 LB | $24.83 CS | 0/2 | 0/2 |
| | 140 | CHIP, PTATO REG PLN SS (9315128) | LAY'S | 104/1 OZ | $21.25 CS | 3/0 | 3/0 |
| | 146 | CHIP, TORTLA RND CRSPY BULK (5098397) | TOSTITOS | 5/16 OZ | $5.54 CS | 4/0 | 4/0 |
| | 164 | CORN ON COB, 3" PTITE DMSTC (4328118) | MONARCH | 96 EA | $17.13 CS | 3/0 | 3/0 |
| | 186 | CRACKER, SALAD CLUB(3015054) | KEEBLER | 300/2 EA | $12.98 CS | 1/0 | 1/0 |
| | 267 | JUICE, APPL 100% FZN PLST CUP (1117647) | ARDMORE FM | 96/4 OZ | $11.36 CS | 2/0 | 2/0 |
| | 298 | MAYONNAISE, POUCH SS (5329404) | US BLUE | 500/12 GR | $18.91 CS | 1/0 | 1/0 |
| | 341 | PASTA, SHEET 40 CT CKD PLN FZN (8329211) | ROSELI | 10 LB | $16.04 CS | 1/0 | 1/0 |
| | 388 | POTATO, FF CC CNTNA OVBL THIN (3014594) | CANOLA QIK | 6/4 LB | $17.53 CS | 3/0 | 3/0 |
| | 455 | SEASONING, TACO MIX FOIL PKT (5223789) | SPC CLSIC | 6/9 OZ | $9.63 CS | 1/0 | 1/0 |
| | 547 | WAFFLE, STICK FZN BELGIUM (2042414) | BELGN CHEF | 144 EA | $19.06 CS | 1/0 | 1/0 |
| | 558 | MILK, CHOC 1% PROCD REF MINI (6726) | PACKER | 50/.5 PT | $8.15 CS | 10/0 | 10/0 |
| | 559 | MILK, STWBY LOW FAT 1% REF (375766) | PACKER | 50/.5 PT | $8.15 CS | 4/0 | 4/0 |
| | 560 | MILK, LOW FAT 1% REF(1497338) | PACKER | 50 EA | $8.15 CS | 8/0 | 8/0 |
| | | BEAN, GRN CUT MIX & SHORT (4328647) | HARVEST VL | 6/# 10 CN | $14.63 CS | 1/0 | 1/0 |
| | | VEGETABLE BLEND, ITLN FZN (8328296) | MONARCH | 20 LB | $18.64 CS | 1/0 | 1/0 |
| | | SHRIMP, BRDD RAW 60-100 IMIT (1396639) | BLUEWATER | 4/3 LB | $27.66 CS | 4/0 | 4/0 |
| | | SYRUP, TABLE POUCH SS | | | | | |





| | | | | | |
|---|---|---|---|---|---|
| (5333919) | AMERICANA | 100/1 OZ | $4.44 CS | 1/0 | 1/0 |
| BAGEL, CIN RAI 2.3 Z SLCD T&S (395293) | HILLTOP HR | 12/6 PK | $14.43 CS | 1/0 | 1/0 |
| SNACK BAR, RICE KRSPS CHOC (1279439) | KELLOGG'S | 80/1.3 OZ | $30.61 CS | 1/0 | 1/0 |
| MUSTARD, YLW SS(4329314) | US BLUE | 200/5.5 GR | $2.98 CS | 1/0 | 1/0 ✓ pack |
| CUCUMBER, FRESH(9013566) | PACKER | 24 EA | $7.28 CS | 1/0 | 1/0 |

Prices shown above are estimates only. Actual prices will be reflected on your invoice.

Thank you for your order!

# COMPETITIVE PRICING GUIDE

**Southern Foods Inc.**
117 Mitch McConnell Way
Bowling Green, KY 42101
270-843-1121 www.southernfoodsinc.com

Southern Foods Nugget

| | | | | | Southern Foods Inc. | | | | USFI Order # 2 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item # | Pack | Size | Brand | Description | Qty | E | Price | Total | Qty | Price | Total | Savings |
| 0521000 | 136 | 2.4 OZ | CIRCLE-Z | BEEF PATTY, CHARBROILED 80124CN | 4 | N | $ 40.70 | $ 162.80 | 4 | $ 46.23 | $ 184.92 | $ 22.12 |
| 0736500 | 2 | 150 CT | HILLSHIRE | BACON, SLICED CENTER PIECE F/C FRZ | 1 | N | $ 33.57 | $ 33.57 | 1 | $ 29.82 | $ 29.82 | $ -3.75 |
| 0832600 | 48 | 4 OZ | STATE FAIR | CORNDOGS, TURKEY CN LABEL 09488 | 3 | N | $ 11.16 | $ 33.48 | 3 | $ 16.40 | $ 49.20 | $ 15.72 |
| 0834000 | 48 | 2.85 | STATE FAIR | BREAKFAST STIX, ORIGINAL 70481 | 1 | N | $ 15.79 | $ 15.79 | 1 | $ 18.34 | $ 18.34 | $ 2.55 |
| 0977000 | 250 | .68 OZ | TYSON | CHICKEN NUGGETS, CHUNKS BRD | 10 | N | $ 19.39 | $ 193.90 | 10 | $ 21.31 | $ 213.10 | $ 19.20 |
| 0979500 | 60 | 3.53 | TYSON | CHICKEN BREAST, PATTY BRD F/CKD | 1 | N | $ 23.36 | $ 23.36 | 1 | $ 23.07 | $ 23.07 | $ -.29 |
| 1373000 | 96 | 4.5 OZ | TONY'S | PIZZA, PEPPERONI 4X6 78455 | 4 | N | $ 41.72 | $ 166.88 | 4 | $ 40.00 | $ 160.00 | $ -6.88 |
| 1637000 | 6 | 4 LB | LAMB WESTO | FRENCH FRY, OVEN QUIK CANOLA 23L | 3 | N | $ 19.90 | $ 59.70 | 3 | $ 17.53 | $ 52.59 | $ -7.11 |
| 1723400 | 96 | 3" | NUGGET | CORN, ON COB 3" FANCY FRZ | 4 | N | $ 16.20 | $ 64.80 | 4 | $ 17.13 | $ 68.52 | $ 3.72 |
| 2115200 | 216 | 2.2 OZ | PILLSBURY | BISCUIT DOUGH, SOUTHERN STYLE 6252 | 1 | N | $ 29.95 | $ 29.95 | 1 | $ 26.20 | $ 26.20 | $ -3.75 |
| 2141100 | 72 | 2.3 OZ | LENDERS | BAGEL, PLAIN SLICED 00027 | 1 | N | $ 13.10 | $ 13.10 | 1 | $ 13.07 | $ 13.07 | $ -.03 |
| 2155200 | 72 | 3 OZ | RICH'S | CINNAMON BUN, JUMBO 14123 FRZ | 1 | N | $ 19.16 | $ 19.16 | 1 | $ 18.99 | $ 18.99 | $ -.17 |
| 2161100 | 5 | 2 LB | NUGGET BLA | FRENCH TOAST, STICKS 0268 | 1 | N | $ 11.32 | $ 11.32 | 1 | $ 12.24 | $ 12.24 | $ .92 |
| 2162500 | 40 | 4 OZ | ROTANELLI | PASTA SHEETS, LASAGNA PRECOOKED | 2 | N | $ 14.59 | $ 29.18 | 2 | $ 16.04 | $ 32.08 | $ 2.90 |
| 2168000 | 144 | 1 OZ | CHEF AMERI | WAFFLE STIX, BELGIAN BULK 200/210 | 1 | N | $ 19.93 | $ 19.93 | 1 | $ 19.06 | $ 19.06 | $ -.87 |
| 3170500 | 100 | 1 OZ | PACKER | SOUR CREAM, PORTION PAK | 2 | N | $ 12.88 | $ 25.76 | 2 | $ 10.48 | $ 20.96 | $ -4.80 |
| 3172500 | 4 | 5 LB | PRAIRIE FA | COTTAGE CHEESE, SMALL CURD REG | 2 | Y | $ 7.53 | $ 15.06 | 2 | $ 6.21 | $ 12.42 | $ -2.64 |
| 3178600 | 50 | HF | SOUTHERN B | MILK, 1% CHOCOLATE 03105 | 12 | N | $ 8.15 | $ 97.80 | 12 | $ 8.15 | $ 97.80 | |
| 3178700 | 50 | HF | SOUTHERN B | MILK, 1% REDUCED FAT 00490 | 5 | N | $ 8.00 | $ 40.00 | 5 | $ 8.15 | $ 40.75 | $ .75 |

| Item # | Pack | Size | Brand | Description | Southern Foods Inc. Qty | E | Price | Total | USFI Order # 2 Qty | Price | Total | Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3178800 | 50 | HF | SOUTHERN B | MILK, 1% STRAWBERRY 3308 *S/O | 7 | N | $ 8.15 | $ 57.05 | 7 | $ 8.15 | $ 57.05 | |
| 3231200 | 1 | 5 LB | FLORIDA | CUCUMBERS, FRESH | 3 | N | $ 5.72 | $ 17.16 | 3 | $ 7.28 | $ 21.84 | $ 4.68 |
| 3614600 | 6 | #10 | NUGGET RED | BEANS, MIXED/SHORT CUT GREEN | 1 | N | $ 15.48 | $ 15.48 | 1 | $ 14.63 | $ 14.63 | $ -.85 |
| 3618700 | 6 | #10 | NUGGET BLA | BEANS, PORK & IN TOMATO SAUCE | 1 | N | $ 14.44 | $ 14.44 | 1 | $ 14.90 | $ 14.90 | $ .46 |
| 3633000 | 6 | 5.4 LB | UNIPRO | POTATOES, GRANULES COMPLETE | 1 | N | $ 44.01 | $ 44.01 | 1 | $ 39.39 | $ 39.39 | $ -4.62 |
| 3726000 | 6 | #10 | NUGGET BLA | KETCHUP, FANCY 33% CANNED | 1 | N | $ 14.26 | $ 14.26 | 1 | $ 15.57 | $ 15.57 | $ 1.31 |
| 3836000 | 6 | #10 | WORLD HORI | PINEAPPLE, CHUNKS JUICE PAK | 1 | N | $ 21.85 | $ 21.85 | 1 | $ 22.47 | $ 22.47 | $ .62 |
| 4125000 | 4 | 1 GAL | T MARZETTI | DRESSING, ITALIAN GOLDEN 80032 | 1 | N | $ 23.22 | $ 23.22 | 1 | $ 27.18 | $ 27.18 | $ 3.96 |
| 4216000 | 1 | 5 GAL | NUGGET RED | PICKLE, DILL SLICES KK 3/16" 1024 | 1 | N | $ 14.94 | $ 14.94 | 1 | $ 14.62 | $ 14.62 | $ -.32 |
| 4731700 | 5 | 16 OZ | LAY'S | CHIPS, TORTILLA TOSTITOS BULK PAK | 3 | N | $ 5.96 | $ 17.88 | 3 | $ 5.54 | $ 16.62 | $ -1.26 |
| 5096000 | 6 | 9 OZ | LAWRY'S | SEASONING, TACO 80110 | 1 | N | $ 17.55 | $ 17.55 | 1 | $ 9.63 | $ 9.63 | $ -7.92 |
| 4117500 | 4 | 1 GAL | PACKER | DRESSING, RANCH BUTTERMILK REF | 1 | N | $ 28.47 | $ 28.47 | 1 | $ 30.44 | $ 30.44 | $ 1.97 |
| | | | | | | | | $1,341.85 | | | $1,377.47 | $35.62 |

**Your Total Savings $35.62**

ORDER SUMMARY

| | Ordered | Reserved | | |
|---|---|---|---|---|
| Total Cases: | 79 | 78 | Estimated Price: | $1358.48 |
| Total Eaches | 2 | 2 | Total Line Items: | 31 |

ORDER DETAILS

| SC | LINE | DESCRIPTION | BRAND | PACK SIZE | PRICE | ORDERED FULL/PART | RESERVED FULL/PART |
|---|---|---|---|---|---|---|---|
| | 16 | BACON, PORK CKD REF 3DM (1330257) | PATUXENT | 2/150 EA | $29.82 CS | 1/0 | 1/0 |
| | 104 | CHEESE, COTT SM CURD 4% BTRFT (5340864) | GLNVW FRMS | 4/5 LB | $24.83 CS | 0/2 | 0/2 |
| | 146 | CHIP, TORTLA RND CRSPY BULK (5098397) | TOSTITOS | 5/16 OZ | $5.54 CS | 3/0 | 3/0 |
| | 147 | CINNAMON BUN, JMB FZN (3358868) | RICH'S | 72/3 OZ | $18.99 CS | 1/0 | 0/0 |
| | 163 | CORN DOG, TRKY CN FZN W/ STICK (9039843) | STATE FAIR | 48/4 OZ | $16.40 CS | 3/0 | 3/0 |
| | 164 | CORN ON COB, 3" PTITE DMSTC (4328118) | MONARCH | 96 EA | $17.13 CS | 4/0 | 4/0 |
| | 207 | DOUGH, BSCT STHRN STYL FZN (7521065) | HILLTOP HR | 220/2.20 OZ | $26.20 CS | 1/0 | 1/0 |
| | 216 | DRESSING, ITLN GLDN(2328425) | US BLUE | 4/1 GA | $27.18 CS | 1/0 | 1/0 |
| | 217 | DRESSING, RANCH BTRMLK REAL B/(7328636) | US BLUE | 4/1 GA | $30.44 CS | 1/0 | 1/0 |
| | 236 | FRENCH TOAST, STICK FZN (7331200) | HILLTOP HR | 5/2 LB | $12.24 CS | 1/0 | 1/0 |
| | 279 | KETCHUP, TMTO 33% FCY FRESH PK(4329975) | MONARCH | 6/# 10 CN | $15.57 CS | 1/0 | 1/0 |
| | 341 | PASTA, SHEET 40 CT CKD PLN FZN (8329211) | ROSELI | 10 LB | $16.04 CS | 2/0 | 2/0 |
| | 358 | PICKLE, DILL HMBGR CC 3/16"(4328993) | US RED | 5 GA | $14.62 CS | 1/0 | 1/0 |
| | 363 | PINEAPPLE, CHNK IN JCE IMP (1333517) | INTL GREEN | 6/# 10 CN | $22.47 CS | 1/0 | 1/0 |
| | 369 | PIZZA, SMART CHS PPRNI & MOZZ (9316209) | TONY'S | 96/4.65 OZ | $40.00 CS | 4/0 | 4/0 |
| | 381 | POTATO, MSHD GRNUL DHY CMPLT (8552663) | US BLUE | 6/5.31 LB | $39.39 CS | 1/0 | 1/0 |
| | 388 | POTATO, FF CC CNTNA OVBL THIN (3014594) | CANOLA QIK | 6/4 LB | $17.53 CS | 3/0 | 3/0 |
| | | SAUSAGE, PORK BKFST STICK | STATE | 48/2.85 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 448 | CRND(3076635) | FAIR | OZ | $18.34 CS | 1/0 | 1/0 |
| 455 | SEASONING, TACO MIX FOIL PKT (5223789) | SPC CLSIC | 6/9 OZ | $9.63 CS | 1/0 | 1/0 |
| 474 | SOUR CREAM, REF CLTD GRD A SS (707109) | GLNVW FRMS | 100/1 OZ | $10.48 CS | 2/0 | 2/0 |
| 547 | WAFFLE, STICK FZN BELGIUM (2042414) | BELGN CHEF | 144 EA | $19.06 CS | 1/0 | 1/0 |
| 558 | MILK, CHOC 1% PROCD REF MINI (6726) | PACKER | 50/.5 PT | $8.15 CS | 12/0 | 12/0 |
| 559 | MILK, STWBY LOW FAT 1% REF (375766) | PACKER | 50/.5 PT | $8.15 CS | 7/0 | 7/0 |
| 560 | MILK, LOW FAT 1% REF(1497338) | PACKER | 50 EA | $8.15 CS | 5/0 | 5/0 |
| | CHICKEN, NUGT BRDD BRST CN CKD(7064991) | TYSON | 250/.66 OZ | $21.31 CS | 10/0 | 10/0 |
| | BEAN, GRN CUT MIX & SHORT (4328647) | HARVEST VL | 6/# 10 CN | $14.63 CS | 1/0 | 1/0 |
| | BAGEL, PLN 2.3 Z SLCD(2033025) | SARA LEE | 72/2.3 OZ | $13.07 CS | 1/0 | 1/0 |
| | CHICKEN, PTY BRDD RND HEAT & (8350613) | PIERCE | 60/3.3 OZ | $23.07 CS | 1/0 | 1/0 |
| | BEEF, PTY CN FLAME BRLD 2.4 Z (2163798) | CIRCLE Z | 136/2.4 OZ | $46.23 CS | 4/0 | 4/0 |
| | BEAN, PORK & XFCY(4090981) | SHOW BOAT | 6/# 10 CN | $14.90 CS | 1/0 | 1/0 |
| | CUCUMBER, FRESH(9013566) | PACKER | 24 EA | $7.28 CS | 3/0 | 3/0 |

Prices shown above are estimates only. Actual prices will be reflected on your invoice.

Thank you for your order!

Export Confirmation

# COMPETITIVE PRICING GUIDE

**Southern Foods Inc.**
117 Mitch McConnell Way
Bowling Green, KY 42101
270-843-1121 www.southernfoodsinc.com

Southern Foods Nugget

**Ship to:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Southern Foods Inc. | | | | USFI Order # 1 | | | |
| Item # | Pack | Size | Brand | Description | Qty | E | Price | Total | Qty | Price | Total | Savings |
| 2011350 | 96 | 4 OZ | ARDMORE | JUICE, APPLE INDV CUP FRZ 41381 | 4 | N | $ 11.22 | $ 44.88 | 4 | $ 11.36 | $ 45.44 | $ .56 |
| 2012150 | 96 | 4 OZ | ARDMORE | JUICE, GRAPE INDV CUP FRZ 41382 | 4 | N | $ 13.00 | $ 52.00 | 4 | $ 13.74 | $ 54.96 | $ 2.96 |
| 3161500 | 30 | 1 LB | SHEDDS | MARGARINE, SOLIDS | 1 | N | $ 13.63 | $ 13.63 | 1 | $ 12.02 | $ 12.02 | $ -1.61 |
| 3178600 | 50 | HF | SOUTHERN B | MILK, 1% CHOCOLATE 03105 | 6 | N | $ 8.15 | $ 48.90 | 6 | $ 8.15 | $ 48.90 | |
| 3178700 | 50 | HF | SOUTHERN B | MILK, 1% REDUCED FAT 00490 | 4 | N | $ 8.00 | $ 32.00 | 4 | $ 8.15 | $ 32.60 | $ .60 |
| 3178800 | 50 | HF | SOUTHERN B | MILK, 1% STRAWBERRY 3308 *S/O | 4 | N | $ 8.15 | $ 32.60 | 4 | $ 8.15 | $ 32.60 | |
| 4019500 | 48 | 6.75 | SUNNY DELI | BEVERAGE, SUNNY DELIGHT ORIG *S/O | 2 | N | $ 14.62 | $ 29.24 | 2 | $ 14.15 | $ 28.30 | $ -.94 |
| 4892300 | 80 | 1.3 OZ | KELLOGG'S | SNACK BAR, RICE KRISPIE TREATS | 1 | N | $ 28.94 | $ 28.94 | 1 | $ 30.61 | $ 30.61 | $ 1.67 |
| 4921500 | 100 | 1 OZ | PORTION PA | DRESSING, RANCH POUCH 00-22-951 | 3 | N | $ 12.70 | $ 38.10 | 3 | $ 12.63 | $ 37.89 | $ -.21 |
| 0977400 | 3 | 5 LB | Z-BIRD | CHICKEN FRYZ BREAST STIX 66992CN | 1 | N | $ 36.05 | $ 36.05 | 1 | $ 36.36 | $ 36.36 | $ .31 |
| | | | | | | | | $356.34 | | | $359.68 | $3.34 |

**Your Total Savings $3.34**

ORDER SUMMARY

| | Ordered | Reserved | | |
|---|---|---|---|---|
| Total Cases: | 31 | 29 | Estimated Price: | $323.32 |
| Total Eaches | 0 | 0 | Total Line Items: | 10 |

ORDER DETAILS

| SC | LINE | DESCRIPTION | BRAND | PACK SIZE | PRICE | ORDERED FULL/PART | RESERVED FULL/PART |
|---|---|---|---|---|---|---|---|
| | 224 | DRINK, TANGY ORIG FL STYLE (45237) | SUNNY DEL | 48/6.75 OZ | $14.15 CS | 2/0 | 2/0 |
| | 267 | JUICE, APPL 100% FZN PLST CUP (1117647) | ARDMORE FM | 96/4 OZ | $11.36 CS | 4/0 | 4/0 |
| | 273 | JUICE, GRAPE 100% FZN PLST CUP (4165452) | ARDMORE FM | 96/4 OZ | $13.74 CS | 4/0 | 4/0 |
| | 558 | MILK, CHOC 1% PROCD REF MINI (6726) | PACKER | 50/.5 PT | $8.15 CS | 6/0 | 6/0 |
| | 559 | MILK, STWBY LOW FAT 1% REF (375766) | PACKER | 50/.5 PT | $8.15 CS | 4/0 | 4/0 |
| | 560 | MILK, LOW FAT 1% REF(1497338) | PACKER | 50 EA | $8.15 CS | 4/0 | 4/0 |
| | | SNACK BAR, RICE KRSPS CHOC (1279439) | KELLOGG'S | 80/1.3 OZ | $30.61 CS | 1/0 | 1/0 |
| | | MARGARINE, SOLID(703496) | GLNVW FRMS | 30/1 LB | $12.02 CS | 1/0 | 1/0 |
| | | DRESSING, RANCH POUCH SS REF (49684) | KRAFT | 100/1 OZ | $12.63 CS | 3/0 | 3/0 |
| | | CHICKEN, STRIP BRDD CN .35 Z (4166153) | Z. BIRD | 3/5 LB | $36.36 CS | 2/0 | 0/0 |

Prices shown above are estimates only. Actual prices will be reflected on your invoice.

Thank you for your order!

Export Confirmation