# In the United States Court of Federal Claims

**No. 07-210 C**

**SOUTHERN FOODS, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**

**and**

**U.S. FOODSERVICE, INC.,**
**Intervenor.**

Pursuant to the court's Opinion, filed June 8, 2007, denying defendant's motion to dismiss for lack of jurisdiction, granting defendant's motion for judgment on the administrative record, and denying plaintiff's motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**June 8, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.